POLLY MISRA
CHRISTINE FLACK
National Labor Relations Board
1015 Half Street SE, Fourth Floor
Washington, D.C. 20003
Telephone: (202) 273-3740
Facsimile: (202) 273-4244
polly.misra@nlrb.gov
christine.flack@nlrb.gov

Attorneys for Federal Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, NATIONAL LABOR RELATIONS BOARD, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN PRIDGEON, <br><br> Defendant. | Case No.  2:22-cv-00349-JAD-BNW <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF GOVERNMENT EMPLOYMENT** <br><br> [ECF No. 2] |

Pursuant to Local Rule IA 11-3, the National Labor Relations Board (Board), through its undersigned counsel, respectfully requests that this Court admit Government attorney Christine Flack to practice in the U.S. District Court, District of Nevada, on behalf of the Board for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States

Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Flack is currently employed by the Board, an agency of the federal government, as an attorney and is a member in good standing of the highest court in the State of Maryland (attorney no. 1412160271). The following information is provided to the court:

```
Christine Flack
Trial Attorney
Phone: (202) 273-2842
Fax: (202) 273-4244
Email: Christine.Flack@nlrb.gov
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street SE, Fourth Floor
Washington, D.C. 20003
```

The undersigned attorney is admitted to practice in this Court for the duration of employment by the United States, pursuant to an Order by United States District Judge Lloyd D. George, dated November 10, 2014, entered in Case 2:14-cv-01349-LDG-VCF.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2022