AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# United States District Court
## DISTRICT OF NEVADA

United States of America, et al.,

                    Plaintiffs,

   v.

Carolyn Pridgeon,

                  Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00349-ART-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiffs United States of America and National Labor Relations Board, and against Defendant Carolyn Pridgeon in the sum of $42,714.70, plus interest on the total amount due at the rate set forth in 28 U.S.C. § 1961, from and after judgment until satisfied.

5/18/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk